# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0742
_____

JOSEPH MICHAEL DAVIS,

    Petitioner,

v.

THE HONORABLE COLEMAN LEE
ROBINSON, Circuit Judge of the
First Judicial Circuit, In and
For Escambia County, and
STATE OF FLORIDA,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


December 9, 2024


PER CURIAM.

    DISMISSED.

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Michael Davis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.